UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA ELAINE HARE, | No.  1:21-CV-01069-ADA-HBK |
| Plaintiff, | ORDER REMANDING CASE PURUSUANT TO 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |
| v. | |
| KILOLO KIJAKAZI, | (ECF No. 23) |
| Defendant. | |

On July 8, 2021, Plaintiff Melissa Elaine Hare ("Plaintiff") filed a complaint pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3).  (ECF No. 23.)

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), (ECF No. 23), and for good cause shown, it is ordered that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner.

///

///

///

///

1

Accordingly:

1. The parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, (ECF No. 23), is GRANTED; and

2. The Clerk of Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   December 19, 2022

UNITED STATES DISTRICT JUDGE

2